## 57094. E. M. I. ENTERPRISES, LTD. v. FIRST NATIONAL BANK OF ATLANTA.

SMITH, Judge.

It appearing that this case remains pending below and that appellant has not followed interlocutory review procedure, the appeal is dismissed. Ga. L. 1965, p. 18, as amended (Code Ann. § 6-701).

*Appeal dismissed. Quillian, P. J., and Birdsong, J., concur.*

SUBMITTED JANUARY 16, 1979 — DECIDED MARCH 16, 1979.

*Moffett & Henderson, F. Glenn Moffett, Jr., David H. Lanner,* for appellant.
*Maley & Crowe, M. Douglas Mann,* for appellee.